IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARY GRAVES, VIVIAN FLETCHER, DERRICK WARREN, KENNETH WARREN, TIMOTHY WARREN, and TOMMY WARREN, JR. ]<br><br>Plaintiffs<br><br>Vs.<br><br>JEANETTE WARREN,<br><br>Defendant | CIVIL ACTION FILE NO.:<br><br>CV507-075 |

## ORDER

The above styled matter having been settled this day, IT IS HEREBY ORDERED that the FIFTEEN THOUSAND ($15,000.00) that has been paid into the Court by Connecticut General Life Insurance Company be disbursed as follows: TEN THOUSAND ($10,000.00) Dollars, plus all interest accrued to date, is to be issued to the escrow account of Johnny W. Brantley, P.C., and mailed to P.O. Box 566, Douglas, GA 31534, for the plaintiffs Mary Graves, Vivian Fletcher, Derrick Warren, Kenneth Warren, Timothy Warren and Tommy Warren, Jr. and the remaining FIVE THOUSAND ($5,000.00) Dollars is to be issued to Jeanette Warren and mailed to Pulaski State Prison, c/o Jeanette Warren, (GDC#466967) P.O. Box 839, Hawkinsville, GA 31036.

SO ORDERED, this the 15 day of July, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA